**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10653 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-01303-DGC |
| v. | |
| JUAN RUIZ-ORNELAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Charles B. Kornmann, District Judge, Presiding[**]

Submitted January 15, 2013[***]

Before:     SILVERMAN, BEA, and NGUYEN, Circuit Judges.

Juan Ruiz-Ornelas appeals from the district court's judgment and challenges

his guilty-plea conviction and 41-month sentence for reentry of a removed alien, in

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Charles B. Kornmann, Senior United States District Judge for the District of South Dakota, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ruiz-Ornelas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Ruiz-Ornelas the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**